No. 87–6129. JONES v. MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thompson* v. *Oklahoma, ante,* p. 815, and *Maynard* v. *Cartwright,* 486 U. S. 356 (1988).

No. 87–6135. POWELL v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Satterwhite* v. *Texas,* 486 U. S. 249 (1988).

No. 87–6190. CONLEY v. WISCONSIN. Ct. App. Wis. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Coy* v. *Iowa, ante,* p. 1012.

No. 87–6639. BOWIE v. CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Houston* v. *Lack, ante,* p. 266.

No. — – ——. MINCEY v. SUPERINTENDENT, ARIZONA STATE PRISON. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–900. WINSLOW ET AL. v. WILLIAMS ET AL. Application for injunction and other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–930. MCDONALD v. METROPOLITAN GOVERNMENT, ACTING BY AND THROUGH THE TAXICAB AND WRECKER LICENSING BOARD. Chan. Ct., Davidson County, Tenn. Application for stay and other relief, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. A–974. DETROIT FREE PRESS ET AL. v. WAYNE CIRCUIT JUDGE. Application for injunction and other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–704. IN RE DISBARMENT OF PACIONE. Disbarment entered. [For earlier order herein, see 485 U. S. 1019.]